**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

REBECCA M. FALANGA,    CASE NO.: 8:16-cv-1650-JDW-JSS

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

**COMES NOW**, Plaintiff, REBECCA M. FALANGA, by and through her undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff, REBECCA M. FALANGA, and Defendant, OCWEN LOAN SERVICING, LLC, have come to an amicable settlement agreement.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this Notice has been served by electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on November 18th, 2016.

    **BOSS LAW**

    /s/ *Christopher W. Boss*
    Christopher W. Boss, Esq.
    Fla. Bar No.: 013183
    9887 Fourth Street North, Suite 202
    St. Petersburg, Florida 33702
    Service Email: cpservice@protectyourfuture.com
    Phone: (727) 471-0039
    Fax: (888) 503-2182
    **Attorney for Plaintiff**